

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
Tel.: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

March 20, 2023

**BY HAND DELIVERY**
Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Shaunda Phillip v. City of New York et al.</u>,
                21-CV-6599(ERK)(PK)

Your Honor:

      I am the attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice, enclosed please find a courtesy copy of the fully briefed motion to dismiss pursuant to Federal Rule of Civil Procedure 12, specifically please find:

Defendant's Motion:
- Defendant's Notice of Motion;
- Defendant's Memorandum of Law:
- Declaration of KellyAnne Holohan in Support of Defendants' Motion to for to Dismiss
- A CD, labelled Phillip v. City of New York Def. Mtn. Ex. A Rodriguez BWC 21-CV-6559, containing Exhibit A, Body Worn Camera Footage of Non-Party Officer Benjamin Rodriguez annexed to the Holohan Decl.

Plaintiff's Opposition:
- Plaintiff's Memorandum of Law
- Plaintiff's Exhibit B. – Aided Report:
- A CD, labelled Phillip v. City of New York Pl. Opp. 6 BWC Videos 21-CV-6559, containing the six body worn camera videos which reads:
- Plaintiff's Bundling Rule Letter to City

Defendant's Reply
- Defendant's Reply

Defendants thank the Court for its consideration herein.

Respectfully submitted,

_KellyAnne Holohan_   /s/
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

Encls.

cc:   **By ECF**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*Honorable Magistrate Judge (by U.S. Mail)*


Steve Newman
Email: newmanesquire@aol.com
*Attorney for Plaintiff (via email w/out encls.)*

Ana Maria Vizzo
Email: avizzo@hpmb.com
*Attorney for Plaintiff (via email w/out encls.)*